**DISMISS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00936-CV

## YOLANDA M. ALLEN, Appellant
## V.
## SAMI HABASH, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02798-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The record was due September 29, 2018. On September 27, 2018, the Dallas County Clerk notified the Court that although the clerk's record had been prepared and was ready to be filed, appellant had not paid the fee for the clerk's record. By letter dated September 28, 2018, we informed appellant that the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed and appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180936F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

YOLANDA M. ALLEN, Appellant

No. 05-18-00936-CV        V.

SAMI HABASH, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-02798-B.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SAMI HABASH recover his costs of this appeal from appellant YOLANDA M. ALLEN.

Judgment entered December 20, 2018.